UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Maura A. Kennedy

                        Plaintiff(s)

                     v.

International Business Machines, Corp.

                    Defendants(s)
------------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 CV 7210 (SCR) (GAY)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Social Security |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | | Purpose:_____ |
| | | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Settlement* | | Particular Motion:_____ |
| ___ | Inquest After Default/Damages Hearing | | All such motions:_____ |
| ___ | For jury selection | | |
| ___ | Habeas Corpus | | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

* Do not check if already referred for general pretrial.

DATED:    White Plains, New York

    9/19/08

SO ORDERED.

*Stephen C. Robinson*

United States District Judge
Stephen C. Robinson